ACCEPTED
03-12-00004-CV
4405074
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 3:12:51 PM
JEFFREY D. KYLE
CLERK

## NO. 03-12-00004-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 3:12:51 PM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS
# FOR THE THIRD DISTRICT OF TEXAS,
# AT AUSTIN

## CHRIS CARPENTER,
### Appellant

### v.

## FIRST TEXAS BANCORP D/B/A FIRST TEXAS BANK,
### Appellee

**On Appeal from the 277th District Court of Williamson County, Texas.
Trial Court Case No. 10-078-C277**

## APPELLEES' STATUS REPORT ON AUTOMATIC STAY

SAVRICK, SCHUMANN, JOHNSON, MCGARR,
KAMINSKI & SHIRLEY, L.L.P.
C. Wilson Shirley III
State Bar No. 00795647
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735
Phone: (512) 347-1604
Fax: (512) 347-1676
Email: wilson@ssjmlaw.com

**ATTORNEY FOR APPELLEES**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to the Court's order dated September 12, 2014 and letter dated February 26, 2015, Appellees hereby file their report regarding the status of the six-month stay in this case.

On August 21, 2014, Red Rock Insurance Company, formerly known as BancInsure, Inc. ("Red Rock") was declared insolvent and placed into receivership. The Texas Commissioner of Insurance designated Red Rock an "impaired insurer" effective that same date pursuant to Official Order NO. 3505. The impairment also triggered an automatic six month stay of the proceeding in this Court. The six month automatic stay was in effect from August 21, 2014 through February 21, 2015. The automatic stay was not extended and therefore expired on February 21, 2015.

Respectfully submitted,

SAVRICK, SCHUMANN, JOHNSON,
MCGARR, KAMINSKI & SHIRLEY, L.L.P.

By: _____
C. Wilson Shirley III
State Bar No. 00795647
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735
Phone: (512) 347-1604
Fax: (512) 347-1676
Email: wilson@ssjmlaw.com

**ATTORNEY FOR APPELLEES**

1

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon all counsel of record via facsimile transmission on this the 10ᵗʰ day of March, 2015:

N. West Short
WEST SHORT & ASSOCIATES, P.C.
313 West 10ᵗʰ Street
Georgetown, Texas 78626

C. Wilson Shirley, III

2